IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
Timothy C. Furgerson, ) Case No. 18-80905
Brooklynn D. Furgerson, ) Chapter 13
)
Debtors. )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Take notice that pursuant to 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that copies of all notices given or required to be given in this case and copies of all papers served or required to be served in this case be given to and served upon the following:

Scott P. Kirtley, Esquire
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
502 West 6th Street
Tulsa, Oklahoma 74118-1016
Telephone: (918) 587-3161,

As attorney for AVB Bank, a creditor herein.

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

*/s/ Scott P. Kirtley*

Scott P. Kirtley, OBA #11388
502 West Sixth Street
Tulsa, Oklahoma 74119-1019
Telephone: (918) 587-3161
Facsimile: (918) 587-9708
E-mail: skirtley@riggsabney.com
*Attorney for Creditor, AVB Bank*

### Certificate of Service

I, Scott P. Kirtley, do hereby certify that on the 15th day of August, 2018, an electronically filed copy of the above and foregoing instrument was electronically served upon all parties registered with CM/ECF.

*/s/ Scott P. Kirtley*

Scott P. Kirtley