IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
**Timothy C. Furgerson,** *dba* **Singer** ) Case No. 18-80905
**Electric Services, LLC and Brooklynn D.** ) Chapter 13
**Furgerson,** )
          DEBTORS. )

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

Lakeview Loan Servicing, LLC, a creditor in the above-styled and numbered cause, hereby enters its appearance and requests that service of notices and other documents, pursuant to Rule 2002, be made upon its attorney of record, Robert Hauge, 7666 East 61st Street, Suite 550, Tulsa, Oklahoma 74133.

The undersigned law firm, which is entering an appearance, is not authorized to accept service of process on behalf of Lakeview Loan Servicing, LLC.

                                            **KIVELL, RAYMENT and FRANCIS, P.C.**

                                            s/ Robert Hauge
                                            Brian J. Rayment, OBA #7441
                                            Robert Hauge, OBA #200070
                                            Julie Hird Thomas, OBA #10660
                                            Triad Center I, Suite 550
                                            7666 East 61st Street
                                            Tulsa, Oklahoma 74133
                                            Phone: (918) 254-0626
                                            Facsimile: (918) 254-7048
                                            E-mail: bhauge@kivell.com

                                            **ATTORNEYS FOR CREDITOR,**
                                            **Lakeview Loan Servicing, LLC**

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

       I hereby certify that on this 27 August 2018, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Matthew E. Riggin
2017 S. Elm Place, Ste 107
Broken Arrow, OK 74012
*Service accomplished through Court's CM/ECF system.

William Mark Bonney
Chapter 13 Trustee
Severs Bldg 215 State St Ste 1000
POB 1548
Muskogee, OK 74402
*Service accomplished through Court's CM/ECF system.

                                                               s/ Robert Hauge
                                                               Robert Hauge, OBA #20007