# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| Name of Debtor(s):<br>Timothy C Furgerson<br>  dba Singer Electric Services, LLC<br>Brooklynn D Furgerson | CASE NO.: 18-80905<br><br>CHAPTER: 13 |
|---|---|
| Name, Address, Telephone Number, and State Bar Number (if applicable) of Applicant:<br>D. Anthony Sottile, Esq.<br>Authorized Agent for West Coast Capital Group, Inc.<br>394 Wards Corner Road, Suite 180, Loveland, OH 45140<br>Phone: 513.444.4100; Email: bankruptcy@sottileandbarile.com | |

## REQUEST FOR ADDITION OR REMOVAL FROM
## COURTESY NOTIFICATION OF ELECTRONIC FILING

**The above applicant requests:**
*(One box must be checked)*

☑ **Request Courtesy Notification of Electronic Filing.** The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing and that I have registered for a Limited Use Password for the Eastern District of Oklahoma to be eligible for courtesy notification of electronic filing.

I understand it is my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy notice.

I further understand this request **DOES NOT** impose any obligation on the Court, the or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission. I will docket this Request using event "Request for Courtesy Notice of Electronic Filing."

**OR**

☐ **Request <u>Removal</u> from Courtesy Notification of Electronic Filing.** By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named. I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing."

Dated: 9/25/2018                    Signature: /s/ D. Anthony Sottile

**<u>(NOTE: This form can only be filed electronically via the Court's CM/ECF system.</u>**